UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO DEAN BLACKSTONE, | ) | 1:05-CV-0667 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| PAUL M. SCHULTZ, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 2, 2005, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED because the petition does not allege grounds which would entitle Petitioner to relief under 28 U.S.C. § 2241. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On August 31, 2005, Petitioner filed objections to the Findings and Recommendation.

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de
2   novo* review of the case.  Having carefully reviewed the entire file and having considered the
3   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
4   supported by the record and proper analysis, and there is no need to modify the Findings and
5   Recommendations based on the points raised in the objections.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1. The Findings and Recommendation issued August 2, 2005, is ADOPTED IN FULL;
8       2. The Petition for Writ of Habeas Corpus is DISMISSED; and
9       3. The Clerk of Court is DIRECTED to enter judgment.
10  IT IS SO ORDERED.
11  **Dated:   September 15, 2005**              **/s/ Robert E. Coyle**
    668554                                       UNITED STATES DISTRICT JUDGE